Rickey B. REED, Plaintiff-Appellant,

v.

NATIONAL FOOTBALL LEAGUE, NFL unincorporated tax exempt not for profit association; et al., Defendants-Appellees.

No. 15-56988

United States Court of Appeals, Ninth Circuit.

---

Submitted March 8, 2017 *

Filed March 20, 2017

Rickey B. Reed, Pro Se

Lauren Schweitzer, Attorney, Diana M. Torres, Kirkland & Ellis LLP, Los Angeles, CA, Defendants-Appellees

Before: LEAVY, W. FLETCHER, and OWENS, Circuit Judges.

## MEMORANDUM **

Rickey B. Reed appeals pro se the district court's judgment dismissing his diversity action alleging breach of implied-in-fact contract and other state law claims. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's dismissal for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). *Lee v. City of Los Angeles*, 250 F.3d 668, 679 (9th Cir. 2001). We affirm.

The district court properly dismissed Reed's implied-in-fact contract claim because Reed failed to allege facts sufficient to show that defendants "voluntarily accepted [Reed's proposal] knowing the conditions on which it was tendered and the reasonable value of the work." *Grosso v. Miramax Film Corp.*, 383 F.3d 965, 967 (9th Cir. 2004) (setting forth the elements of a claim under *Desny v. Wilder*, 46 Cal.2d 715, 299 P.2d 257 (1956), for a breach of implied-in-fact contract when an idea is furnished by one party to another).

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

We do not consider matters not specifically and distinctly raised and argued in the opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

Reed's motions seeking to supplement the record (Docket Entry Nos. 21-23) are denied.

**AFFIRMED.**

